# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

CHAMBERS OF
WILLIAM M. NICKERSON
SENIOR UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7810
FACSIMILE (410) 962-2577

February 12, 2016

All Counsel of Record and

William B. Fecher
Statman, Harris, & Eyrich, LLC
3700 Carew Tower
441 Vine Street
Cincinnati, Ohio   45202
wbfecher@statmanharris.com

RE: <u>Mercier's Inc. v. Gerald L. Reeves, et al.</u>, Civ. No. 15-2706

Dear Counsel:

The Court was informed on November 5, 2015, that this case had settled and, accordingly, issued an Order dismissing the case without prejudice to the right of any party to move for good cause within 30 days to reopen this action if the settlement was not consummated. ECF No. 15. Plaintiff's counsel has made a diligent effort to finalize the settlement but has been forced to repeatedly ask for extensions of time to complete that task because of Defendants' counsel's apparent failure to participate in the process or even extend the courtesy of responding to numerous telephone calls and emails. ECF Nos. 16, 18, 20, and 22. My chambers has reached out to Defendants' counsel and, despite the promise of a prompt response, has received none.

Now before the Court is Plaintiff's Request for Status Conference which has been filed as yet another effort to compel Defendants' counsel to engage in the resolution of this matter. ECF No. 24. The request will be granted and a telephone conference is hereby scheduled for Tuesday, February 23, 2016, at 10:00 a.m, to be initiated by counsel for Defendants. In addition, the Court notes that, although Defendants' counsel was permitted to appear for the temporary injunction hearing, Mr. Fecher, who is not a member of this Court, has not sought admission <u>pro hac vice</u> nor has he retained local counsel. The Court will require him to do so if this case is not finally resolved forthwith.

Notwithstanding the informal nature of this correspondence, it is an Order of the Court and will be docketed as such.

Sincerely,

/s/
William M. Nickerson
Senior United States District Judge

cc: Court File